IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:25-cv-00694 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES C. JUSTICE, II, and | ) |
| CATHY L. JUSTICE | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR CONSENT JUDGMENT**

Plaintiff United States of America and Defendants James C. Justice, II, and Cathy L. Justice respectfully request that the Court enter a consent judgment in the above-captioned case, in favor of the United States and against James C. Justice, II, and Cathy L. Justice, for their unpaid federal income tax liabilities for tax year 2009, in the amount of **$5,164,739.75** as of August 4, 2025, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full.

Dated: November 24, 2025

| | |
|---|---|
| */s/ Emily K. McClure* | */s/ Steven R. Ruby* |
| EMILY K. MCCLURE | STEVEN R. RUBY |
| KY Bar No. 97725 | Carey Douglas Kessler & Ruby, PLLC |
| Trial Attorney, Tax Division | 707 Virginia Street, East |
| U.S. Department of Justice | 901 Chase Tower |
| P.O. Box 227 | Charleston, WV 25301 |
| Washington, D.C. 20044 | 304-345-1234 (p) |
| 202-353-7509 (p) | 304-342-1105 (f) |
| 202-514-6866 (f) | sruby@cdkrlaw.com |
| emily.k.mcclure@usdoj.gov | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

1

*/s/ John W. Hackney*
JOHN W. HACKNEY
Chamberlain Hrdlicka
191 Peachtree Street NE, Suite 4600
Atlanta, GA 30303
404-659-1410 (p)
404-659-1852 (f)
john.hackney@chamberlainlaw.com

*Of Counsel for Defendants*