IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES C. JUSTICE, II, and ) <br> CATHY L. JUSTICE ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 5:25-cv-00694 |

**CONSENT JUDGMENT**

Upon the consent and agreement of the parties, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.  The Parties' Joint Motion for Entry of Consent Judgment (ECF No. 6) is **GRANTED**; and

2.  **JUDGMENT** is entered as to Count I in favor of the United States of America and against Defendants James C. Justice, II, and Cathy L. Justice for their unpaid federal income tax liabilities for tax year 2009, in the amount of **$5,164,739.75** as of August 4, 2025, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full.

Dated this the _____ day of _____, 2025.

_____
United States District Judge
Southern District of West Virginia